

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-22-00172-CV**

**IN RE RONALD W. MORGAN AND ANGELA F. MORGAN**
_____

**Original Proceeding**

**From the 77th District Court**
**Freestone County, Texas**
**Trial Court No. CV-17-347-A**

**MEMORANDUM OPINION**

Relator's Petition for Writ of Mandamus and Motion for Temporary Relief filed on

May 31, 2022 are denied.

                                        STEVE SMITH
                                        Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith
Petition denied; motion denied
Opinion delivered and filed June 1, 2022
[OT06]

